UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SHAEL CRUZ, *on behalf of himself and all others similarly situated*,

                            Plaintiff,

       -against-

CPO COMMERCE, LLC,

                            Defendant.
------------------------------------- x



ORDER

20 Civ. 1471 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

    The initial conference scheduled for July 15, 2020 at 9:30 am is canceled.

Dated: April 27, 2020
       New York, New York

                                                    SO ORDERED.

                                                    GEORGE B. DANIELS
                                                    United States District Judge